■ EMILY ROWE, an Infant, by Her Mother and Natural Guardian, CYNTHIA ROWE, et al., Respondents, v OUR SAVIOUR LUTHERAN SCHOOL et al., Appellants. — Judgment, Supreme Court, Bronx County (Rosen, J.), entered on December 31, 1980, unanimously modified, on the law and the facts, to the extent of reversing the judgment in favor of plaintiff Cynthia Rowe and a new trial ordered on the issue of damages only as to said plaintiff, without costs and without disbursements, unless plaintiff Cynthia Rowe, within 20 days after service upon her of a copy of the order herein, with notice of entry, serves and files in the office of the clerk of the trial court a written stipulation consenting to reduce the verdict in her favor to $15,000 and to the entry of an amended judgment in accordance therewith. If plaintiff Cynthia Rowe so stipulates, the judgment, as so amended and reduced, is affirmed, without costs and without disbursements. After review of the record, the damages appear to us to be excessive to the extent indicated. Concur — Sandler, J. P., Lupiano, Bloom, Fein and Milonas, JJ.

■ In the Matter of JOHN J. SEFFERN, an Attorney. — Motion for reinstatement denied. Concur — Sullivan, J. P., Carro, Markewich, Lupiano and Silverman, JJ.

■ INSURANCE COMPANY OF NORTH AMERICA v DAYTON TOOL & DIE WORKS, INC., et al. — Motion for leave to appeal to the Court of Appeals granted and this court, pursuant to CPLR 5713, states that questions of law have arisen which ought to be reviewed by the Court of Appeals. Concur — Sandler, J. P., Markewich, Bloom and Milonas, JJ.